# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ALPHA OUMAR DIALLO,

                    Petitioner,

v.

WARDEN, Imperial Regional Adult Detention Facility,

                    Respondents.

Case No.:  26-cv-2873-BJC-AHG

**ORDER FOR STATUS REPORT**

On May 7, 2026, Petitioner Alpha Oumar Diallo filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and amotion for a temporary restraining order seeking release from custody.  ECF Nos. 1, 2.  However, in an order filed on May 5, 2024, this Court granted Petitioner's habeas corpus petition filed in *Diallo v. Casey*, 26-cv-2033-BJA-AHG, and ordered his release.  It appears the instant petition may have been filed prior to Petitioner being released.  The Court finds it appropriate to determine Petitioner's current custody status.

///

///

///

1

Accordingly, Respondents shall file a status report **no later than May 19, 2026**, notifying the Court if Petitioner has been released as previously ordered and, if so, the date of his release.

**IT IS SO ORDERED**.

Dated:  May 12, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2873-BJC-AHG