**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHA OUMAR DIALLO,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN, Imperial Regional Adult<br>Detention Facility,<br><br>                                    Respondents. | Case No.:  26-cv-2873-BJC-AHG<br><br>**ORDER DISMISSING PETITION AS MOOT** |

On May 7, 2026, Petitioner Alpha Oumar Diallo filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and a motion for a temporary restraining order seeking release from custody.  ECF Nos. 1, 2.  Noting the Court previously issued an order that granted Petitioner's habeas corpus petition filed in *Diallo v. Casey*, 26-cv-2033-BJA-AHG and ordered his release, the Court directed Respondents to file a status report addressing Petitioner's custody status.

///

///

///

///

On May 12, 2026. Respondents filed a status report indicating Petitioner was released on May 6. 2026.  Accordingly, the Court **DISMISSES** the instant petition as moot.

    **IT IS SO ORDERED**.

Dated:  May 13, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2873-BJC-AHG